370

652 A.2d 820

The BRYN MAWR TRUST COMPANY, James T. Cantwell,
Jr. and Charles S. Frank, Jr., Appellants,

v.

Gregory J. WAX and Narberth Townhomes, Inc., Appellees.

Supreme Court of Pennsylvania.

Argued Oct. 20, 1994.

Decided Jan. 18, 1995.

Tom P. Monteverde, Lawrence R. Woehrle, Christopher
Defalco, John J. Brennan, Philadelphia, for Bryn Mawr Trust
Co., et al.

Louise A. Rynd, Harrisburg, for amicus—Pa. Bankers Assoc.

E. Parry Warner, Philadelphia, for G.J. Wax.

Before NIX, C.J., and FLAHERTY, ZAPPALA,
PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.